# Exhibit 1

## IP Certificates

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-497-001**

**Effective Date of Registration:**
April 17, 2026

**Registration Decision Date:**
April 17, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 15, 2025 to December 15, 2025

### Title

**Title of Group:** Beer Bottle Mortar 2025
**Number of Photographs in Group:** 6

- **Individual Photographs:** BBM-01, BBM-02, BBM-03, BBM-04, BBM-05, BBM-07
  **Published:** December 2025

### Completion/Publication

**Year of Completion:** 2025
***Earliest Publication Date in Group:*** December 15, 2025
***Latest Publication Date in Group:*** December 15, 2025
***Nation of First Publication:*** United States

### Author

- **Author:** Valour Prints Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** Valour Prints Ltd.
1 Church Lane, Knutton, Newcastle under Lyme, Staffordshire, England, ST5 6DU, United Kingdom

## Rights and Permissions

**Organization Name:** Valour Prints Ltd.
**Address:** 1 Church Lane, Knutton
Newcastle under Lyme, Staffordshire, England ST5 6DU United Kingdom

## Certification

**Name:** Jessica Delos Santos
**Date:** April 17, 2026

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-497-015**
**Effective Date of Registration:**
April 17, 2026
**Registration Decision Date:**
April 17, 2026

## Title

**Title of Work:** BBM-06

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** December 15, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Valour Prints Ltd.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Valour Prints Ltd.
1 Church Lane, Knutton, Newcastle under Lyme, Staffordshire, England, ST5 6DU, United Kingdom

## Limitation of copyright claim

**Material excluded from this claim:** Background Image

**New material included in claim:** photograph

## Rights and Permissions

**Organization Name:** Valour Prints Ltd.
**Address:** 1 Church Lane, Knutton
Newcastle under Lyme, Staffordshire, England ST5 6DU United Kingdom

## Certification

**Name:** Jessica Delos Santos
**Date:** April 17, 2026

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.

# Beer Bottle Mortar - Copyright Summary

| Title | Image | Registration No. | Registration Date |
|---|---|---|---|
| BBM-01 |  | VA 2-497-001 | April 17, 2026 |
| BBM-02 |  | VA 2-497-001 | April 17, 2026 |

| | | | |
|---|---|---|---|
| BBM-03 |  | VA 2-497-001 | April 17, 2026 |
| BBM-05 |  | VA 2-497-001 | April 17, 2026 |

| | | | |
|---|---|---|---|
| BBM-06 |  | VA 2-497-015 | April 17, 2026 |
| BBM-07 |  | VA 2-497-001 | April 17, 2026 |